**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:26-cv-62889**

RICHARDSON PIERRE and
ERIKA PIERRE,

Plaintiffs,

v.

NATIONAL SPECIALTY
INSURANCE COMPANY,

Defendant.
_____________________________________/

Removed from Circuit Court
of Broward County, Florida
Case No: 2026-CACE-010812

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 National Specialty Insurance Company, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **National Specialty Insurance Company is a subsidiary of Markel Corporation, which owns ten percent (10%) or more of its stock.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**National Specialty Insurance Company is a corporation of the State of Texas. Its corporate incorporation address and principal place of business is 1900 L. Don Dodson Drive, Bedford, Texas.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **a. Plaintiffs, Richardson Pierre & Erika Pierre**
   **b. Defendant, National Specialty Insurance Company is a subsidiary of Markel Corporation, which owns ten percent (10%) or more of its stock.**
   **c. Matthew Gottlieb, counsel to Plaintiffs**
   **d. Kanner & Pintaluga, counsel to Plaintiffs**
   **e. Daniele S. Lentini, Esq, counsel to Defendant**
   **f. Brian P. Henry, Esq., counsel to Defendant**
   **g. Rolfes Henry Co., LPA, counsel to Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None known to Defendant.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None known to Defendant.**

6. Identify each person arguably eligible for restitution:

   **Plaintiffs, Richardson Pierre & Erika Pierre**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Date: October 16, 2026

Respectfully submitted,

By: *<u>/s/ Daniele S. Lentini</u>*
Daniele S. Lentini (Fla. Bar No. 1025201)
Brian P. Henry (Fla. Bar No. 0089069)
ROLFES HENRY CO., LPA
3165 McCrory Place, Suite 174
Orlando, FL 32803
Telephone: (407) 284-4990
Email: dlentini@rolfeshenry.com
bhenry@rolfeshenry.com
jamador@rolfeshenry.com

kmcclintock@rolfeshenry.com

*Attorneys for Defendant National Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 16th day of October 2026:

Matthew Gottlieb, Esq. (Fla. Bar No.: 118704)
Kanner & Pintaluga
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Telephone: (561) 424-0032
Email: mgottlieb@kpattorney.com
iellis@kpattorney.com
FirstPartyEService@kpattorney.com

*Attorneys for Plaintiffs*

*/s/ Daniele S. Lentini*
Daniele S. Lentini (Fla. Bar No. 1025201)